IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

ZAN MORGAN

Defendant.

Case No.: 17-cr-62-jdp

ORDER FOR TESTING OF FIREARM

Whereas, defendant, Zan Morgan, was arrested on March 4, 2017, by the Eau Claire Police Department; and

Whereas, the Eau Claire Police Department retrieved a firearm from the interior of the car driven by defendant; and

Whereas, the firearm was identified as a Diamondback Firearms 9mm, serial no. YF4302; and

Whereas, the firearm has or will be transferred to an agent of the United State including but not limited to, an agent of the ATF; and

Whereas the defendant has moved the Court for an order to have the firearm tested at the Bureau of Alcohol, Tobacco, and Firearms (BATF) laboratory which testing shall include DNA or fingerprint analysis with the laboratory informing defendant's counsel and the Untied States Attorney's Office as to which is possible based upon inspection of the firearm by the laboratory; and

1

Whereas, the testing shall be done in as an expeditious manner as is possible, with the understanding that BATF has already informed the government that the testing will take approximately six months to complete;

**IT IS HEREBY ORDERED,** that the Diamondback Firearms 9mm, serial no. YF4302 be sent to the BATF Laboratory for DNA or fingerprint analysis, with the crime lab informing defendant's counsel and the US Attorney's Office which type of testing is available or possible prior to testing so that all parties agree as to the testing to be performed. The federal laboratory shall then analyze and test the firearm in as expeditious manner as possible with the final analysis report being sent to the government for production as discovery in this case.

Dated this 20TH day of November, 2017.

BY THE COURT:

_____
Stephen L. Crocker
Magistrate Judge